FILED

03/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0453

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0453

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TOSTON GRAY LAFOURNAISE,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted a two-week extension of time to and including April 5, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

NO FURTHER EXTENSIONS WILL BE GRANTED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2021